**EDWARD TOLLIVER v. SCOTT M. LOFTIN and JOHN W. MARTIN, as Trustees for Florida East Coast Railway Co.**

23 So. (2nd) 554                                      June Term, 1945
October 23, 1945                                         Division B

*Roger E. Davis, Perry A Nichols* and *John C. Wynn,* for appellant.

*Russell L. Frink, Loftin, Anderson, Scott, McCarthy & Preston* and *John H. Wahl, Jr.,* for appellees.

PER CURIAM:

The order appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.